**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Belvin J. BARKER, a/k/a B.J., Defendant—Appellant.**

**No. 04–50552.**

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

Argued and Submitted Sept. 14, 2005.*

Decided Sept. 20, 2005.

Elyssa Getreu, USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff—Appellee.

Carlton Frederick Gunn, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant—Appellant.

Before: FARRIS, THOMPSON, and BYBEE, Circuit Judges.

MEMORANDUM **

Appellant Belvin Barker appeals a jury verdict and the district judge's sentence for three counts of selling firearms to a felon.

We find that the judge's jury instructions were not prejudicial and we affirm the conviction. Sentencing on the basis of the sale of a firearm listed in 18 U.S.C. § 921(a)(30) was not in error where defendant admitted sale of the weapon, but we remand the case under *Ameline* to determine whether the district court would have imposed the same sentence under advisory guidelines. *United States v. Moreno–Hernandez*, 419 F.3d 906, 915–916 (9th Cir. 2005); *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005). On remand, the district judge shall give the defendant the opportunity to decline resentencing if he chooses. *Ameline*, 409 F.3d at 1084.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

CONVICTION AFFIRMED; RE-MANDED

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.